IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE 1, | ) Case No. 1:23-cv-01960 |
| Plaintiff, | ) |
| v. | ) |
| VARSITY SPIRIT, LLC, ET AL., | ) |
| Defendants. | ) |

**JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS VARSITY SPIRIT, LLC; VARSITY BRANDS, LLC; AND VARSITY BRANDS HOLDING CO., INC.**

Plaintiff John Doe 1 and Defendants Varsity Spirit, LLC; Varsity Brands, LLC; and Varsity Brands Holding Co., Inc. (the "Parties") notify the Court that the above action has been settled as to between Plaintiff and Defendants Varsity Spirit, LLC; Varsity Brands, LLC; and Varsity Brands Holding Co., Inc.

Therefore, Plaintiff and Defendants Varsity Spirit, LLC; Varsity Brands, LLC; and Varsity Brands Holding Co., Inc. respectfully request that the Court enter the attached Order regarding the settlement of the case.[1]

---

[1] The responsive pleading of Defendants Varsity Spirit, LLC; Varsity Brands, LLC; and Varsity Brands Holding Co., Inc. is currently due on November 16, 2023. The Parties agree and stipulate that, if this matter is restored to the docket, Defendants Varsity Spirit, LLC; Varsity Brands, LLC; and Varsity Brands Holding Co., Inc. will have 14 days from the date of restoration to file their responsive pleading.

Date: November 15, 2023

 /s/ *Chelsea C. Weaver (Per Email Consent)*
Charles H. Cooper, Jr. (0037295)
Rex H. Elliott (0054054)
Chelsea C. Weaver (0099981)
Cooper & Elliott, LLC
305 West Nationwide Boulevard
Columbus, Ohio 43215
Ph:  (614) 481-6000
Fax: (614) 481-6001
Email: chipc@cooperelliott.com
          rexe@cooperelliott.com
          chelseaw@cooperelliott.com

*Attorneys for Plaintiff John Doe 1*

 /s/ *Rebecca J. Bennett*
Rebecca J. Bennett (0069566)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Key Tower
127 Public Square, Suite 4100
Cleveland, OH  44114
Ph:  (216) 241-6100
Fax: (216) 357-4733
Email:   rebecca.bennett@ogletree.com

*Attorneys for Defendant Varsity Spirit, LLC*


 /s/ *Ruth E. Hartman (Per Email Consent)*
Carole S. Rendon (0070345)
Ruth E. Hartman (0069566)
Baker & Hostetler, LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH  44114
Ph:  (216) 861-7420
Email:   crendon@bakerlaw.com
          rhartman@bakerlaw.com

*Attorneys for Defendants Varsity Brands, LLC and Varsity Brands Holding Co., Inc.*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing was filed this 16th day of November, 2023 through the Court's Electronic Filing System. Parties to this action can access this document through the Court's System. A copy of this Notice was also sent via email to the following counsel of record for Plaintiff.

Chelsea C. Weaver (0096850)
COOPER ELLIOTT
305 West Nationwide Boulevard
Columbus, Ohio 432 I 5
(614) 481-6000
(614) 481-6001 (Facsimile)
chelseaw@cooperelliott.com

Bakari T. Sellers*
Amy E. Willbanks*
Mario A. Patella*
Jessica L. Fickling*
Alexandra Benevento*
STROM LAW FIRM
6923 North Trenholm Road, Suite 200
Columbia, South Carolina 29206
(803) 252-4800
(803) 252-4801 (Facsimile)
bsellers@stromlaw.com
awillbanks@stromlaw.com
mnacella@stromlaw.com
ifickling@stromlaw.com
abenevento(@stromlaw.com

S. Randall Hood*
Chad A. McGowan*
1539 Health Care Drive*
MCGOWAN, HOOD, FELDER & PHILLIPS, LLC
Rock Hill, South Carolina 29732
(803) 327-7800
(803) 324-1483 (Facsimile)
rhood@mcgowanhood.com
cmcgowan@mcgowanhood.com

Whitney Boykin Harrison*
MCGOWAN, HOOD, FELDER & PHILLIPS, LLC
1517 Hampton Street
Columbia, South Carolina 29201
(803) 779-0100
(803) 787-0750 (Facsimile)
wharrison@mcgowanhood.com

*Counsel for Plaintiff*

                                                /s/ *Rebecca J. Bennett*
                                                *One of the Attorneys for Varsity Spirit, LLC*

59209403.v1-OGLETREE